T. Fanning and another against the Belle Terre, etc., and others.

PER CURIAM. Judgment affirmed, with costs, on authority of Fanning v. Belle Terre, 152 App. Div. 718, 137 N. Y. Supp. 595.

BURR, J., not voting.

---

FARIELLO, Appellant, v. MURRAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Nicholas Fariello against Patrick H. Murray, as surviving partner, etc. No opinion. Judgment affirmed, with costs.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 8,325, issued to Charles J. Volekening. No opinion. Motion granted. See, also, 151 N. Y. Supp. 1115.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16,469, issued to Nellie A. Kelley. No opinion. Order affirmed, with costs.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16,122, issued to Nellie Schindler.

PER CURIAM. Order reversed, and application denied, with costs, upon the authority of Matter of Petition of William W. Farley, etc., In re Rosa L. Barrick Certificate, 108 N. E. 417, decided by the Court of Appeals on February 25, 1915.

---

FARRINGTON, Respondent, v. UNION PACIFIC TEA CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Medford B. Farrington, as trustee, etc., against the Union Pacific Tea Company. No opinion. Judgment affirmed, with costs.

---

FAY, Respondent, v. PRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by James Fay against the Press Company. L. J. Arnold, of Cooperstown, for appellant. G. H. D. Foster, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

---

FAY, Respondent, v. PURCELL, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Joseph J. Fay against Cornelius J. Purcell. E. M. Bloomberg, for appellant. No opinion. Judgment and order affirmed, with costs. Order filed.

---

FEIN, Respondent, v. NORWALK BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Jacob C. Fein, an infant, against the Norwalk Bros. Company. A. M. Menkel, of New York City, for appellant. S. L. Teven, of New York City, for respondent. No opinion. Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury that the defendant was negligent was without evidence to sustain it. Order filed.

---

FINCH et al., Respondents, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by William T. Finch and another, individually and as executors of Alvah F. Finch, deceased, doing business under the firm name of the Finch Chemical Company, against the State of New York. No opinion. Determination unanimously affirmed, with costs.

---

In re FINCK. (Supreme Court, Appellate Division, First Department. April 16, 1915.) In the matter of Katie H. Finck, as executrix of Peter House, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

---

FINNIE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Bridget E. Finnie, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal (151 N. Y. Supp. 1115) to Court of Appeals denied, with $10 costs.

---

FIRST BANK OF NOTASULGA, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by First Bank of Notasulga against Richard W. Jones, Jr., and another. N. Rockwood, of New York City, for appellants. H. A. Brann, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. See First Bank of Notasulga v. Jones, 156 App. Div. 277, 141 N. Y. Supp. 304. Order filed.

---

FIRST NAT. BANK OF CITY OF BROOKLYN, Appellant, v. LAFAYETTE TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by the First National Bank of